IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SHELBY NICHOLE ARLEDGE, )<br>*Sui iuris*, American )<br>National De Jure )<br>Constitutional Free Woman, )<br>et al., )<br>     )<br>     Plaintiffs, )<br>     )<br>     v. )<br>     )<br>TERRI BOZEMAN LOVELL, in )<br>her personal capacity, )<br>et al., )<br>     )<br>     Defendants. ) | CIVIL ACTION NO.<br>2:18cv176-MHT<br>(WO) |

OPINION

Plaintiffs filed this lawsuit appearing to assert a variety of claims that the defendants violated their rights. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiffs' case be dismissed prior to service of process due to plaintiffs' failure to initiate properly and prosecute this action and to follow the orders of the court. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of May, 2018.

                                       /s/ Myron H. Thompson  
                                    UNITED STATES DISTRICT JUDGE