IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SHELBY NICHOLE ARLEDGE,      )
Sui iuris, American          )
National De Jure             )
Constitutional Free Woman,   )
et al.,                      )
                             )
     Plaintiffs,             )
                             )   CIVIL ACTION NO.
     v.                      )     2:18cv176-MHT
                             )         (WO)
TERRI BOZEMAN LOVELL, in     )
her personal capacity,       )
et al.,                      )
                             )
     Defendants.             )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 6) is adopted.

(2) This lawsuit is dismissed without prejudice, with no costs taxed.

(3) The motion for leave to proceed in forma pauperis (doc. no. 2) is denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 31st day of May, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**